FILED US District Court-UT
SEP 07 '22 PM01:14

TRINA A. HIGGINS, United States Attorney (#7349)
VICTORIA K. McFARLAND, Assistant United States Attorney (#11411)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682

SEALED

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JASON PAUL DEWEGELI,<br><br>Defendant. | **I N D I C T M E N T**<br><br>Counts I-III:  18 U.S.C. § 922(a)(6), False Statements During Attempted Acquisition of Firearms.<br><br><br>Case: 2:22-cr-00324<br>Assigned To : Kimball, Dale A.<br>Assign. Date : 9/7/2022 |

The Grand Jury Charges:

## COUNT I
18 U.S.C. § 922(a)(6)
(False Statement During Attempted Acquisition of a Firearm)

On or about June 18, 2022, in the District of Utah,

JASON PAUL DEWEGELI,

defendant herein, in connection with the attempted acquisition of a firearm, to wit: a Canik

TP9 Elite SC 9mm semi-automatic pistol, from a licensed firearm dealer within the

meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious

written statement intended and likely to deceive the firearm dealer with respect to any fact

material to the lawfulness of such acquisition of the firearm, in that he falsely answered

"no" on ATF form 4473 asking whether he was subject to a court order restraining him from harassing, stalking, or threatening an intimate partner, and, as he then knew, his answer was untrue, all in violation of 18 U.S.C. § 922(a)(6) and punishable pursuant to 18 U.S.C. § 924(a)(2).

## COUNT II
18 U.S.C. § 922(a)(6)
(False Statement During Attempted Acquisition of a Firearm)

On or about August 19, 2022, in the District of Utah,

JASON PAUL DEWEGELI,

defendant herein, in connection with the attempted acquisition of a firearm, to wit: a Smith & Wesson M&P9 9mm semi-automatic pistol, from a licensed firearm dealer within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement intended and likely to deceive the firearm dealer with respect to any fact material to the lawfulness of such acquisition of the firearm, in that he falsely answered "no" on ATF form 4473 asking whether he was subject to a court order restraining him from harassing, stalking, or threatening an intimate partner, and, as he then knew, his answer was untrue, all in violation of 18 U.S.C. § 922(a)(6) and punishable pursuant to 18 U.S.C. § 924(a)(2).

## COUNT III

18 U.S.C. § 922(a)(6)
(False Statement During Attempted Acquisition of a Firearm)

On or about August 19, 2022, in the District of Utah,

JASON PAUL DEWEGELI,

defendant herein, in connection with the attempted acquisition of a firearm, to wit: a

Stoeger Industries STR9 9mm semi-automatic pistol, from a licensed firearm dealer within

the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and

fictitious written statement intended and likely to deceive the firearm dealer with respect to

any fact material to the lawfulness of such acquisition of the firearm, in that he falsely

answered "no" on ATF form 4473 asking whether he was subject to a court order

restraining him from harassing, stalking, or threatening an intimate partner, and, as he then

knew, his answer was untrue, all in violation of 18 U.S.C. § 922(a)(6) and punishable

pursuant to 18 U.S.C. § 924(a)(2).

A TRUE BILL:

_____/s/_____
FOREPERSON OF GRAND JURY

TRINA A. HIGGINS
United States Attorney

_Victoria K. McFarland_
VICTORIA K. McFARLAND
Assistant United States Attorney

3